IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH BLOUNT, | : | CRIMINAL ACTION |
| | : | NO. 98-412 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## O R D E R

**AND NOW**, this **3rd** day of **July, 2012**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 203) is **DENIED** and **DISMISSED with prejudice** and a certificate of appealability shall not issue.

**AND IT IS SO ORDERED.**

s/EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO, J.**